| | | | |
|---|---|---|---|
| | AUSA: | Barbara Lanning | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Kara Klupacs | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Courtney Gentry-Plair

Case No. Case: 2:26−mj−30107
Assigned To : Unassigned
Assign. Date : 2/27/2026
Description: CMP USA V.
GENTRY−PLAIR (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 25, 2026 - February 26, 2026** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(n) | Receipt of a firearm while under indictment |
| 18 U.S.C. § 922(j) | Possession of a stolen firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Kara Klupacs, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: February 27, 2026

*Judge's signature*

City and state: Detroit, MI

Hon. Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Kara Klupacs, being duly sworn, depose and state the following:

## I.  INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. I am currently assigned to the Detroit Field Division Group 2. I have graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training.  Prior to becoming a Special Agent, I served eight years as a federal law enforcement officer, both as a U.S. Customs and Border Protection Officer out of the Port of Detroit and as a U.S. Secret Service Uniformed Division Officer in Washington, DC. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited

purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. The ATF is currently conducting a criminal investigation concerning Courtney GENTRY-PLAIR, for violations of 18 U.S.C. § 922(n) (receipt of a firearm by a person under indictment) and 18 U.S.C. § 922(j) (possession of a Stolen Firearm).

## II. PROBABLE CAUSE

4. I reviewed a copy of GENTRY-PLAIR's computerized criminal history and Michigan Third Circuit Court Register of Actions which revealed the following:

   a. On December 5, 2025: GENTRY-PLAIR was charged with one count of Felony Weapons-Firearms-Devices to Convert Semiautomatic to Automatic, and two counts of Felony Weapons Felony Firearm. On January 21, 2026, after a preliminary exam, these charges were bound over to the Michigan Third Circuit Court.

   b. On January 14, 2026: GENTRY-PLAIR was charged with two counts of Felony Assault with a Dangerous Weapon and two counts of Felony Weapons Felony Firearm. On January 22, 2026, after a preliminary exam, these charges were bound over to the Michigan Third Circuit Court.

5. I am aware that the above listed charges are felony offenses. Because GENTRY-PLAIR is charged with those offenses in the Wayne County Third Circuit Court, he qualifies as "any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year" for the purposes of 18 U.S.C. § 922(n).

6. On February 26, 2026, Detroit Police conducted a traffic stop of a Chevy Cruz bearing no license plate for a traffic violation in the area of Outer Drive and E. Edsel Ford Fwy. Prior to the stop, officers observed the driver's side back seat passenger (later identified as GENTRY-PLAIR), moving around in his seat, slouching, moving his arms, and dropping his head. Once the vehicle was stopped, before approaching the vehicle, officers observed both backseat passengers moving in the backseat.

7. During the stop, the driver was unable to produce a driver's license or any paperwork for the vehicle. Officers ordered the occupants out of the vehicle. Officers attempted to detain J.R. (the rear seat passenger on the passenger side of the vehicle), but J.R. resisted by attempting to flee. However, officers got control of J.R. and took him to the ground. In the process of detaining J.R., a Glock model 19, 9mm caliber pistol fell from his body, which was recovered by law enforcement.

8. Officers ordered an impound tow for the vehicle. Prior to towing the vehicle, officers conducted an inventory search and recovered a Glock model 21

Gen4, .45 caliber pistol with a black magazine affixed with a white magazine extender, from underneath the driver's seat, directly in front of where GENTRY-PLAIR had been seated.  Officers observed that the firearm's placement could not have been easily accessed by the driver due to items underneath the seat blocking the driver's access. The firearm was, however, accessible to GENTRY-PLAIR.

9. During review of GENTRY-PLAIR's publicly accessible social media account, officers observed a posted image dated 59 weeks prior depicting a black magazine affixed with a white magazine extender similar to the magazine loaded into the recovered Glock model 21 Gen4.  Although I am aware this is not the same magazine, it is evidence of GENTRY-PLAIR possessing firearm parts similar to what was observed on the recovered Glock model 21 Gen4. See below.

*Image from social media*       *Magazine from Recovered Firearm*

   

4

10. Law enforcement queries into the Glock model 21 Gen4 recovered from the vehicle found that the firearm was reported stolen to the Muskegon Heights Police Department on January 25, 2026.

11. I am aware that possession of a stolen firearm is in violation of 18 USC§ 922(j). Furthermore, at the time of GENTRY-PLAIR's possession of the Glock model 21 Gen4 on February 26, 2026, he was prohibited from receiving firearms under 18 USC § 922(n), because he has been under indictment since at least January 21, 2026. The Glock model 21 Gen4 was reported as stolen by its owner on January 25, 2026, approximately four days later.

12. The recovered firearm is a Glock model 21 Gen4 .45 caliber pistol. As an ATF Firearm Interstate Nexus agent, it is my opinion that this firearm is a firearm as defined under 18 U.S.C. § 921 and was manufactured outside of the state of Michigan after 1898, and therefore has traveled in and affected interstate commerce.

### III. CONCLUSION

13.    Probable cause exists that between January 25, 2026 and February 26, 2026, GENTRY-PLAIR, a person under indictment, willfully received a firearm in violation of 18 U.S.C. § 922(n) (illegal receipt of a firearm by a person under indictment). Further, probable cause exists that on February 26, 2026, GENTRY-PLAIR knowingly and intentionally possessed a stolen firearm in violation of 18 U.S.C. § 922(j) (possession of a stolen firearm). These violations occurred within the Eastern District of Michigan.

_____
Kara Klupacs, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

_____
Honorable Kimberly Altman
United States Magistrate Judge

Dated: _____
        February 27, 2026

6